In the Matter of SOL DOUGLAS, Appellant, against FRANK F. ADEL, a Justice of the Supreme Court of the State of New York, Respondent.

(Submitted April 13, 1936; decided April 21, 1936.)

Motion to amend the remittitur denied, with ten dollars costs and necessary printing disbursements. (See 269 N. Y. 144.)